IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBERTO GOMEZ,

    Plaintiff,

v.                                       Case No. 2:23-cv-00268-MIS-KRS

WAL-MART STORES EAST, L.P.,
foreign limited partnership, and
WALMART SUPERCENTER STORE No. 868,

    Defendants.

**ORDER GRANTING WALMART'S UNOPPOSED MOTION
TO EXTEND DEADLINE FOR FILING A MOTION TO COMPEL**

THIS MATTER came before the Court on Defendant Wal-Mart Stores East, L.P.'s ("Walmart") Unopposed Motion to Extend the Deadline for Filing a Motion to Compel under D.N.M.LR-Civ. 26.6 [Doc. 19], filed December 20, 2023.

The Court, having reviewed the Motion and there being no opposition to the Motion, finds the Motion is well-taken and is hereby granted.

IT IS HEREBY ORDERED that Walmart will be allowed until January 16, 2024 to file a motion to compel relating to Walmart's First Set of Interrogatories and Requests for Production to Plaintiff.

                                                       */s/ Kevin Sweazea*
                                                   HONORABLE KEVIN R. SWEAZEA
                                                   UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Kittleson*
   Megan T. Muirhead
   Jennifer A. Kittleson
   500 Fourth Street NW, Suite 1000
   Albuquerque, New Mexico  87102
   Telephone: 505-848-1800
   mmuirhead@modrall.com
   jkittleson@modrall.com
   *Attorneys for Defendant*

**Approved by:**

SLOAN, HATCHER, PERRY, RUNGE,
   ROBERTSON & SMITH

By: */s/ Approved via e-mail 12/20/2023*
   Emma Roddy
   509 Roma Ave. NW
   Albuquerque, NM 87102
   eroddy@sloanfirm.com
   505-445-5000
   *Attorneys for Plaintiff*