IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBERTO GOMEZ,

    Plaintiff,

v.                                        Case No. 2:23-cv-00268-MIS-KRS

WAL-MART STORES EAST, L.P.,
foreign limited partnership, and
WALMART SUPERCENTER STORE No. 868,

    Defendants.

## ORDER EXTENDING CASE MANAGEMENT DEADLINES

Before the Court is the Parties' Joint Motion to Extend Case Management Deadlines [Doc. 24], filed January 17, 2024. For good cause shown, the Parties' motion is hereby GRANTED and the following deadlines in the Scheduling Order are amended as follows:

1. Deadline for Plaintiff's expert reports: **March 15, 2024**

2. Deadline for Defendants' expert reports: **April 29, 2024**

3. Termination of discovery: **May 24, 2024**

4. Motions relating to discovery: **June 13, 2024**

5. All other motions: **June 24, 2024**

All other deadlines and parameters contained in the Court's Scheduling Order [Doc. 13] remain as previously set.

                                                            */s/ Kevin Sweazea*
                                                      HONORABLE KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE

**AGREED:**

MODRALL SPERLING ROEHL HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Kittleson*
   Megan T. Muirhead
   Jennifer A. Kittleson
   P. O. Box 2168
   Albuquerque, NM 87103-2168
   (505) 848-1800
   Fax (505) 848-9710
   mmuirhead@modrall.com
   jkittleson@modrall.com
   *Attorneys for Defendant*

AND

SLOAN, HATCHER, PERRY, RUNGE,
   ROBERTSON & SMITH

By: */s/ Approved via e-mail 01/16/2024*
   Emma Roddy
   911 Old Pecos Trail
   Santa Fe, New Mexico 87505
   (505) 445-5000
   eroddy@sloanfirm.com
   *Attorneys for Plaintiff*

*File0001.DOCX*